UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON L. WILLIAMS,<br><br>Petitioner,<br><br>v.<br><br>CALVIN JOHNSON,<br><br>Respondent. | Case No. EDCV 16-1691 JVS(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition") and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that (1) the Petition is denied; (2) this action is dismissed with prejudice; (3) the Motion to Dismiss is denied as moot; (4) the Motion for Preliminary Injunction is denied as moot; and (5) the Clerk shall enter Judgment accordingly.

///

///

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the |
| 2 | Report and Recommendation, and the Judgment herein on petitioner and counsel |
| 3 | for respondent. |

IT IS SO ORDERED.

DATED: June 5, 2017

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE