UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHON L. WILLIAMS, | Case No. EDCV 16-1691 JVS(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| CALVIN JOHNSON, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

IT IS SO ADJUDGED.

DATED: _June 5, 2017__

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE